[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 25, 2008
THOMAS K. KAHN
CLERK

No. 07-12252
Non-Argument Calendar
_____

D. C. Docket No. 04-20516-CR-PAS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO BEDOYA-MESA,

Defendant-Appellant.

_____

No. 07-12253
Non-Argument Calendar
_____

D. C. Docket No. 06-20095-CR-PAS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO BEDOYA,
a.k.a. El Viejo,
a.k.a. Fabian Pita,
a.k.a. Estaban Colon,
a.k.a. Pitagoris,

                                              Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

**(April 25, 2008)**

Before HULL, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Mark Graham Hanson, appointed counsel for Ricardo Bedoya-Mesa, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdrawn is **GRANTED** and Bedoya-Mesa's convictions and sentences are **AFFIRMED**.